**Order entered August 23, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00365-CR

**STEVEN WARE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-76179-R**

## ORDER

Before the Court is appellant's August 22, 2019 third motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before September 3, 2019. Should appellant fail to file his brief by that date, this appeal may be abated for a hearing under rule 38.8(b)(3) without further notice. *See* TEX. R. APP. P. 38.8(b)(3).

/s/  BILL PEDERSEN, III
   JUSTICE